IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN G. BERG and<br>MAUREEN R. BERG,<br><br>             Plaintiffs,<br><br>    v.<br><br>JP MORGAN CHASE, NATIONAL ASSOCIATION,<br><br>             Defendant. | CIVIL ACTION<br>NO. 14-04298 |

## ORDER

**AND NOW**, this 2nd day of March, 2015, upon consideration of Defendant JP Morgan Chase Bank, N.A.'s Motion to Dismiss (Doc. No. 3), Plaintiff's Response in Opposition to Defendant's Motion to Dismiss (Doc. No. 6), and Defendant's Reply (Doc. No. 7), it is

**ORDERED** that the Motion to Dismiss is **GRANTED** and the Complaint is **DISMISSED**.

BY THE COURT:

/s/ Gerald J. Pappert
GERALD J. PAPPERT, J.